✇AO91 (Rev. 12/03) Criminal Complaint

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 24 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
V.
Warren A. Taylor

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: 7:09mj395

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **12/23/2009** in **Wythe** County, in the **Western** District of **Virginia** defendant(s) did,

(Track Statutory Language of Offense)
possessed a firearm in the commission of a federal crime; traveled in interstate commerce and unlawfully confined three individuals; and knowingly possessed a firearm in a Federal facility and used it in the commission of a crime.

in violation of Title **18** United States Code, Section(s) **924(c), 1201, and 930(b)**.

I further state that I am a(n) **Postal Inspector** and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part of this complaint:  ☑ Yes   ☐ No

_____
Signature of Complainant

J. David McKinney, Postal Inspector
Printed Name of Complainant

Sworn to before me and signed in my presence,

**12/24/09**                                      at   **Roanoke**                **VA**
Date                                                     City                            State

**Michael F. Urbanski**                              _____
Name of Judge          Title of Judge                Signature of Judge

US Magistrate Judge

7:09m395

## AFFIDAVIT

I, J. David McKinney, a Postal Inspector with the United States Postal Inspection Service, make the following statement and affirm the contents to be true to the best of my knowledge:

On December 23, 2009, I responded to an ongoing incident at the United States Post Office, located at 380 West Main Street, Wytheville, Virginia 24382, involving a lone gunman who had taken three hostages inside the Post Office. Multiple law enforcement agencies responded to this incident, to include the Wytheville City Police Department, the Wythe County Sheriff's Office, the Virginia State Police, the Postal Inspection Service, the Federal Bureau of Investigation (FBI), and possibly other law enforcement agencies unknown to me at this time.

Based on reports and information provided to me during the course of this incident, I know that the gunman entered the post office at approximately 2:30 p.m. on December 23, 2009. Upon entering the Post Office, the gunman fired several rounds, and took three hostages: one female postal employee and two male customers. The gunman fired at the Postmaster shortly after entering the Post Office; however, the Postmaster was able to escape the building unharmed. The gunman placed a telephone call to 911 and reported that he was in the possession of explosives. The gunman indicated during the course of his communications with law enforcement personnel that if he was shot, the explosives would detonate.

12-24-09

7:09m395

After 11:00 p.m., the gunman surrendered at the scene to FBI and Virginia State Police tactical teams, after which he identified himself as Warren A. Taylor and provided a Bristol, Tennessee address for himself.

Taylor stated that he left Bristol, Tennessee at around 9:00 a.m. or after on December 23, 2009 with the intent of traveling to Roanoke, Virginia. Taylor stated he packed his vehicle with handguns, and mock explosive devices. Taylor indicated he had been planning this event for months or years in advance. Taylor indicated that his motive for this incident was a result of his growing anger towards the Federal Government about a variety of issues.  Taylor indicated he got tired while traveling from Tennessee to Roanoke, Virginia, so he stopped for gas and food in Wytheville, Virginia.  He stated that he then made a decision to "end it" at a Post Office in Wytheville, Virginia. Taylor also admitted to having four handguns when he entered the Post Office. Taylor admitted to firing one of the handguns numerous times while in the Post Office.  Taylor admitted to holding the three persons hostages.  This confinement was corroborated through the interview of the three hostages after Taylor surrendered to law enforcement.

Based on the facts and circumstances set forth above, I respectfully submit that there is probable cause to believe Warren A. Taylor possessed a firearm in the commission of a

12-24-09

7:09m395

federal crime in violation of 18, United States Code, Section 924(c). Additionally, there is probable cause to believe Warren A. Taylor traveled in interstate commerce and unlawfully confined three individuals, in violation of Title 18, United States Code, Section 1201. There is also probable cause to believe that Warren A. Taylor knowingly possessed a firearm in a Federal facility and used it in the commission of a crime, in violation of Title 18, United States Code, Section, 930(b). Therefore, I respectfully request that a Warrant for Arrest be issued in the name of Warren A. Taylor for violations of Title 18, United States Code, Sections, 924(c), 1201, and 930(b).

J. David McKinney, Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to me this 24th day of December of 2009.

UNITED STATES MAGISTRATE JUDGE