CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 21 2010
JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
JANUARY 2010 SESSION

UNITED STATES OF AMERICA : Criminal No. 7:10cr00005
:
v. : **INDICTMENT**
:
WARREN AUBRA TAYLOR : All in violation of:
:
: Title 18, U.S.C. § 1113 & 1114
: Title 18, U.S.C. § 924(c)(I)(A)(iii)
: Title 18, U.S.C. § 922(g)(1)
: Title 18, U.S.C. § 1201

COUNT ONE

The Grand Jury charges:

1. That on or about December 23, 2009, in the Western Judicial District of Virginia, and within the special maritime and territorial jurisdiction of the United States, WARREN AUBRA TAYLOR, the defendant, did unlawfully and with malice aforethought attempt to kill Terry Clark, an employee of the United States, while such employee was engaged in the performance of his official duties.

2. All in violation of Title 18, United States Code, Sections 1113 and 1114.

COUNT TWO

The Grand Jury charges:

1. That on or about December 23, 2009, in the Western Judicial District of Virginia, WARREN AUBRA TAYLOR, did knowingly carry, use and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States.

2. All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

COUNT THREE

The Grand Jury charges:

1. That on or about December 23, 2009, in the Western Judicial District of Virginia, WARREN AUBRA TAYLOR, the defendant, having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess in and affecting commerce one or more firearms, to wit: one (1) Glock .40 caliber pistol, serial number NPY445; one (1) North American Arms .22 caliber revolver, serial number BML268; one (1) Taurus .17 caliber revolver , serial number YH10334, one (1) Taurus Model PT 1911, semi-automatic pistol, .45 caliber, serial number NAS20526, and ammunition, said firearms and ammunition having been shipped or transported in interstate or foreign commerce.

2. In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

COUNT FOUR

The Grand Jury charges:

1. That on or about December 23, 2009, in the Western District of Virginia, the defendant, WARREN AUBRA TAYLOR, did willfully and unlawfully seize, kidnap, abduct and confine Douglas Robinson, and hold him for his own purposes, including but not limited to making known his displeasure with the government and policies of the United States, and did travel in interstate commerce from Tennessee to Virginia in furtherance of the commission of the offense.

*2009R00813*

2. All in violation of 18 U.S.C. § 1201.

COUNT FIVE

The Grand Jury charges:

1. That on or about December 23, 2009, in the Western District of Virginia, the defendant, WARREN AUBRA TAYLOR, did willfully and unlawfully seize kidnap, abduct and confine James Oliver, and hold him for his own purposes, including but not limited to making known his displeasure with the government and policies of the United States, and did travel in interstate commerce from Tennessee to Virginia in furtherance of the commission of the offense.

2. All in violation of 18 U.S.C. § 1201.

COUNT SIX

The Grand Jury charges:

1. That on or about December 23, 2009, in the Western District of Virginia, the defendant, WARREN AUBRA TAYLOR, did willfully and unlawfully seize, kidnap, abduct and confine Marjorie Austin, an employee of the United States as described in Title 18, United States Code, Section 1114, and hold her for his own purposes, including but not limited to making known his displeasure with the government and policies of the United States, and did travel in interstate commerce from Tennessee to Virginia in furtherance of the commission of the offense.

2. All in violation of 18 U.S.C. § 1201.

*2009R00813*

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

(a) any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

**(a) Firearms and Ammunition**

i. one (1) Glock .40 caliber pistol, serial number NPY445;
ii. one (1) North American Arms .22 caliber revolver, serial number BML268;
iii. one (1) Taurus .17 caliber revolver, serial number YH10334;
iv. one (1) Taurus Model PT 1911, semi-automatic pistol, .45 caliber, serial number NAS20526.
v. ammunition

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this 21st day of January, 2010.

FOREPERSON

UNITED STATES ATTORNEY

*2009R00813*